JUDGE PHILIP MARTINEZ



**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| JENNIFER ALONDRA MARTINEZ and ARACELY AGUIRRE, INDIVIDUALLY AND AS NEXT FRIEND OF J.M., A MINOR, | § § § § § | |
| Plaintiffs, | § § | **EP-18-CV** _____ |
| v. | § § | **EP18CV0069** |
| MARIA DE LOURDES SOTELO-SUAREZ, | § § § | |
| Defendant. | § § | |

## DEFENDANT'S NOTICE OF REMOVAL

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW, **MARIA DE LOURDES SOTELO-SUAREZ** ("Defendant"), the Defendant herein, and pursuant to 28 U.S.C. §1446, hereby timely gives her Notice of Removal of this cause to the United States District Court for the Western District of Texas, El Paso Division. The Defendant respectfully states the following grounds for removal:

1.     On August 3, 2017, the above-named Plaintiffs, Jennifer Alondra Martinez and Aracely Aguirre, Individually and as Next Friend of J.M., a Minor, filed their Original Petition in the El Paso County District Clerk's Office, which was assigned civil cause of action number 2017-DCV-2588 in the 448th Judicial District Court of El Paso County, Texas ("State Court Case"). Plaintiffs sued Defendant, alleging negligence claims for personal injury damages arising out of a vehicle accident that occurred in the City of El Paso, El Paso County, Texas, on August 22, 2015. A true and correct copy of Plaintiff's Original Petition is included among the pleadings in the underlying State Court Case that are attached hereto as "Exhibit A," and is incorporated by reference the same

15586-103/AALM/1345696.2

as if fully set forth at length herein.

2.     Defendant Maria de Lourdes Sotelo Suarez, was considered served, via substitute service, with summons and Plaintiffs' Original Petition on January 30, 2018. Defendant filed her Answer in the State Court case on February 16, 2018. Therefore, this Notice of Removal is properly filed within the thirty (30) day period for the filing of a Notice of Removal, and within one year of commencement of the suit, pursuant to 28 U.S.C. § 1446(b).

## Diversity Jurisdiction Exists Via Alienage Jurisdiction

3.     Defendant shows that this Honorable Court has diversity jurisdiction over the above-entitled action pursuant to 28 U.S.C. § 1332(a)(2) (Alienage Jurisdiction), and the action may be properly removed to this Court pursuant to 28 U.S.C. § 1441(b). *See* U.S. Constitution, Article 3, § 2, cl. 1; 13E Wright, Miller & Cooper § 3621. At all times relevant to this lawsuit, including on the August 3, 2017, date on which Plaintiffs filed their Original Petition in this case, and on this February 27, 2017, date that the Notice of Removal was filed in this case, the Defendant in this case was and remains a citizen of the Republic of Mexico, was not and is not, either a citizen or a legal permanent resident of the United States, was and remains domiciled solely at her home residence located in Ciudad Juarez, Mexico, and was not and is not domiciled in El Paso, Texas. The alleged amount in controversy in this case, as expressly claimed in Plaintiffs' Original Petition, exceeds $100,000.00 (excluding interest and court costs). 28 U.S.C. § 1332(a) (*See* page 5 of Plaintiffs' Original Petition, included among the pleadings in the underlying State Court case that are attached hereto as "Exhibit A"). The Plaintiffs are each citizens of the State of Texas. Thus, there is complete diversity of citizenship between and among the Plaintiffs (Texas) and the Defendant (Mexico) herein.

4.     Attached to this Notice of Removal, and incorporated by reference the same herein as if

2

fully set forth at length, are true and correct copies of all pleadings, process, orders and other filings in this action in State Court that were indexed in the El Paso County District Clerk's Official File for this suit, as of the date this Notice of Removal was filed, pursuant to 28 U.S.C. §§1446(a)(b) and §1449, attached hereto as "Exhibit A."

5.      Defendant further shows that venue for this removal is proper in this United States District Court for the Western District of Texas - El Paso Division under 28 U.S.C. §§1441(a) and 1446(a) because the State Court where the underlying suit has been pending is located in this District and Division.

6.      Plaintiffs made a jury demand in Plaintiff's Original Petition filed in the State Court suit. (*See* page 5 of Plaintiffs' Original Petition).

7.      Defendant is promptly filing, under separate cover, a copy of this Notice of Removal with the El Paso District Clerk's Office in Cause no. 2017DCV2588, who will provide a copy of same to the Clerk of the 448th Judicial District Court of El Paso County, Texas.

8.      Accordingly and for the foregoing reasons and authority, removal of this action is proper pursuant to 28 U.S.C. § 1441(a).

**WHEREFORE, PREMISES CONSIDERED**, the Defendant **MARIA DE LOURDES SOTELO SUAREZ**, hereby timely and properly files and submits her Notice of Removal of this case to this Honorable United States District Court for the Western District of Texas and respectfully request that the above-styled and numbered cause be removed from the 448th Judicial District Court of El Paso County, Texas, to this Honorable United States District Court for the Western District of Texas, and that this action proceed in this Honorable  United States District Court as an action properly removed thereto.

Respectfully submitted,

**MOUNCE, GREEN, MYERS,**
**SAFI, PAXSON & GALATZAN**
A Professional Corporation
P. O. Box 1977
El Paso, Texas 79950-1977
(915) 532-2000
(915) 541-1597 (fax)
almanzan@mgmsg.com

By: _Andy Almanzán_ _____

       **Andrés E. Almanzán**
       State Bar No. 24001643

Attorneys for Defendant
**MARIA DE LOURDES SOTELO SUAREZ**

## CERTIFICATE OF SERVICE

I, Andrés E. Almanzán, certify that on this the 28th day of February, 2018, a true and correct copy of the foregoing document was traditionally and electronically-filed with the Clerk of the United States District Court in the above-captioned action pursuant to the Court's Electronic Notice Procedures and the CM/ECF system established for the United States District Court for the Western District of Texas, which will simultaneously send electronic-notification and a copy of same to the Plaintiff's registered Attorney of Record, to whom this document was also served via certified mail: (rfrazier@brianloncar.com) Ramona Frazier, Esq., Loncar & Associates, 5770 Gateway East Blvd., El Paso, Texas 79905, Attorney for Plaintiffs.

_Andy Almanzán_ _____

       **Andrés E. Almanzán**

# *Exhibit "A"*

El Paso County - 448th District Court

Filed 8/3/2017 1:11 PM
Norma Favela Barceleau
District Clerk
El Paso County
2017DCV2588

| | |
|---|---|
| JENNIFER ALONDRA MARTINEZ AND | § |
| ARACELY AGUIRRE, INDIVIDUALLY AND | § |
| AS NEXT FRIEND OF JANETTE MARTINEZ, | § |
| A MINOR | § |
| | § |
| *Plaintiffs,* | § |
| | § |
| v. | § |
| | § |
| MARIA DE LOURDES SOTELO SUAREZ | § |
| | § |
| *Defendant.* | § |
| | § |

## PLAINTIFFS' ORIGINAL PETITION & REQUESTS FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **JENNIFER ALONDRA MARTINEZ AND ARACELY AGUIRRE, INDIVIDUALLY AND AS NEXT FRIEND OF JANETTE MARTINEZ, A MINOR,** Plaintiffs herein, complaining of **MARIA DE LOURDES SOTELO SUAREZ,** Defendant herein, and for such cause of action respectfully shows this Court as follows:

### I.    DISCOVERY

1.01    Pursuant to Rule 190.1 of the Texas Rules of Civil Procedure, Plaintiff intends to conduct discovery in this case under level 2 (Rule 190.3 Texas Rules of Civil Procedure).

### II.    PARTIES

2.01    Plaintiff, **JENNIFER ALONDRA MARTINEZ,** hereinafter "Plaintiff," is an individual and resident of El Paso County, Texas.

2.02    Plaintiff, **ARACELY AGUIRRE, INDIVIDUALLY AND AS NEXT FRIEND AND PARENT OF JANETTE MARTINEZ, A MINOR,** hereinafter "Plaintiff," is an individual and resident of El Paso County, Texas.

2.03    Defendant, **MARIA DE LOURDES SOTELO SUAREZ** hereinafter "Defendant," is an individual and resident of El Paso, Texas. Defendant may be served with process at her last known address: **1452 Pedro Figari Avenue, El Paso, Texas 79936** or wherever she may be found. **Service of process is requested by private process as authorized by this Court.**

### III.    MISNOMER, ALTER-EGO

3.01    In the event any parties are misnamed or not included herein, it is Plaintiffs' contention that such was a "misnomer" and/or such parties are/were "alter egos" of parties named herein.

### IV.    CONDITIONS PRECEDENT

4.01    Plaintiffs assert that all conditions precedent to the bringing of this cause of action have been performed or have occurred prior to the filing of the case at bar.

### V.    VENUE AND JURISDICTION

5.01    Venue is proper in El Paso County pursuant to Texas Civil Practice & Remedies Code §15.002(a)(1) because all or a substantial part of the events or omissions giving rise to this cause of action occurred in El Paso County, Texas.

5.02    Plaintiffs have suffered damages in excess of the jurisdictional minimum of this Court.



## VI.   FACTS

6.01     On or about August 22, 2015, Plaintiffs Jennifer Martinez and Janette Martinez were traveling eastbound on Rojas when Defendant MARIA DE LOURDES SOTELO SUAREZ ran a red light and caused the vehicles to collide.

6.02     As a proximate result of the aforementioned collision, Plaintiffs suffered serious and permanent injuries and damages as hereinafter described.

## VII.   NEGLIGENCE

7.01     Plaintiffs contends that on the occasion in question injuries and damages were proximately caused by the negligent acts and/or omissions of the Defendant because the Defendant violated the duty she owed to exercise ordinary care in the operation of his motor vehicle in the following particulars:

1.     Failing to keep a proper lookout, such as a person of ordinary care would have kept in the same or similar circumstances;

2.     Failing to maintain proper control of the vehicle such as a person of ordinary care would have done in the same or similar circumstances and under the same or similar road and weather conditions;

3.     Failing to timely and properly apply the brakes of the vehicle in order to avoid the collision, as a person of ordinary care would have done under the same or similar circumstances;

4.     Failing to operate the vehicle in a safe and prudent manner, such as a person of ordinary care would have done under the same or similar circumstances;

5.     Failing to abide by, and to adhere to, applicable traffic laws, such as a person of ordinary care would have done under the same or similar circumstances.

7.02     Each of the foregoing negligent acts and/or omissions, whether taken singularly or in combination, were the proximate causes of the collision made the basis of this cause of action,

the injuries suffered by Plaintiffs, and the damages sustained by Plaintiffs, which are hereinafter described with more particularity.

## VIII.    CAUSE OF ACTION – COMMON LAW NEGLIGENCE

8.01    Defendant owed Plaintiffs a duty to exercise ordinary care in the operation of her vehicle. Defendant failed to exercise such care and as a direct and proximate result of that failure, the collision occurred.    Plaintiffs incurred personal injury as a direct and proximate result of the accident.

## IX.    CAUSE OF ACTION – NEGLIGENCE PER SE

9.01    **Texas Transportation Code Section 544.004- Compliance with Traffic Control Device**

(a)    the operator of a vehicle or streetcar shall comply with an applicable official traffic-control device placed as provided by this subtitle unless the person is:

(1)    otherwise directed by a traffic or police officer; or

(2)    operating an authorized Emergency vehicle and is subject the exceptions under this title

## X.    DAMAGES

10.01    As a direct and proximate result of Defendant's negligence, Plaintiffs have suffered damages and personal injuries and, as provided by Texas law, is entitled to recover for those damages.  Plaintiffs have suffered damages as follows:

a.    Physical pain sustained in the past;

b.    Physical pain that, in reasonable probability, Plaintiffs will sustain in the future;

c.    Mental anguish sustained in the past;

d.    Mental anguish that, in reasonable probability, Plaintiffs will sustain in the future;

e.    Physical impairment sustained in the past;

f.    Physical impairment that, in reasonable probability, Plaintiffs will sustain in the future;

g.   Disfigurement sustained in the past;

h.   Disfigurement that, in reasonable probability, Plaintiffs will sustain in the future;

i.   Medical care expenses sustained in the past; and

j.   Medical care expenses that, in reasonable probability, Plaintiffs will require in the future.

The damages sought are within the jurisdictional limits of the court;

Plaintiffs ask the amount of their verdict and damages be determined by a jury of their peers. Plaintiffs ask the jury to award a fair and reasonable amount based on the evidence presented at trial. Plaintiffs leave the amount of that verdict to the discretion of the jury. The Texas Rules of Civil Procedure require Plaintiffs to plead that their case falls under a particular category as outlined by the Texas Rules of Civil Procedure. In order to comply with this procedural requirement and to accommodate any potential verdict that could be awarded by a jury, Plaintiffs hereby plead and places their case into the category of suits seeking relief between $100,000.00 to $200,000.00, including damages, penalties, costs, expenses, and pre-judgment interest. Plaintiffs hereby further demand judgment for all relief to which they are entitled.

## XI.   U.S. LIFE TABLES

11.01  Notice is hereby given to the Defendant that Plaintiffs intend to use the U.S. Life Tables as prepared by the Department of Health and Human Services.

## XII.   JURY DEMAND

12.01  Plaintiffs respectfully request a trial by jury.

## XIII.   REQUESTS FOR DISCLOSURE

13.01  Under the authority of RULE 194 of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiffs request that Defendant disclose, within fifty (50) days of the service of this petition and request

the information or material described in RULES 194.2(a), (b), (c), (d), (e), (f), (g), (h), (i), (j), (k), and (l) of the TEXAS RULES OF CIVIL PROCEDURE.

## XIV.  PRAYER

14.01  WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request the Defendant be cited to appear and answer and that upon final trial by jury, Plaintiff recovers against Defendant the following:

1. Damages, actual, special, and otherwise, in an amount within the Court's jurisdictional limits;

2. Pre-judgment and post-judgment interest as allowed by law;

3. Costs of court; and

4. Such other, further and different relief to which Plaintiff may show herself justly entitled.

Respectfully submitted,

**LONCAR & ASSOCIATES**
5770 Gateway East Blvd.
El Paso, Texas 79905
Telephone: (915) 595-4898
Facsimile: (915) 307-2875
Email: rfrazier@brianloncar.com

By:

**RAMONA FRAZIER**
State Bar No. 24031572

**ATTORNEY FOR PLAINTIFF**

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____ Deputy
FEB 27 2018

El Paso County - 448th District Court

Filed 8/3/2017 1:11 PM
Norma Favela Barceleau
District Clerk
El Paso County
2017DCV2588

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____   COURT *(FOR CLERK USE ONLY):* _____

STYLED Jennifer Alondra Martinez and Aracely Aguirre, Individually and ANF and Parent of Janette Martinez, a minor v. Maria De Lourdes So
*(e.g.: John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information

Name: Ramona Frazier
Email: rfrazier@brianloncar.com
Address: 5770 Gateway East Blvd.
City/State/Zip: El Paso, Texas 79905
Signature: [signature]
Telephone: 915-595-4898
Fax: 915-307-2875
State Bar No:

Plaintiff(s)/Petitioner(s):
Jennifer Alondra Martinez
Aracely Aguirre, Janette Martine

Defendant(s)/Respondent(s):
Aaron Granados

[Attach additional page as necessary to list all parties]

☒ Attorney for Plaintiff/Petitioner
☐ Pro Se Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other:

Additional Parties in Child Support Case:
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

## 2. Indicate case type

### Civil

**Debt/Contract**
☐ Consumer/DTPA
☐ Debt/Contract
☐ Fraud/Misrepresentation
☐ Other Debt/Contract:

**Foreclosure**
☐ Home Equity—Expedited
☐ Other Foreclosure
☐ Franchise
☐ Insurance
☐ Landlord/Tenant
☐ Non-Competition
☐ Partnership
☐ Other Contract:

**Injury or Damage**
☐ Assault/Battery
☐ Construction
☐ Defamation
*Malpractice*
☐ Accounting
☐ Legal
☐ Medical
☐ Other Professional Liability:
☒ Motor Vehicle Accident
☐ Premises
*Product Liability*
☐ Asbestos/Silica
☐ Other Product Liability List Product:
☐ Other Injury or Damage:

**Real Property**
☐ Eminent Domain/Condemnation
☐ Partition
☐ Quiet Title
☐ Trespass to Try Title
☐ Other Property:

**Related to Criminal Matters**
☐ Expunction
☐ Judgment Nisi
☐ Non-Disclosure
☐ Seizure/Forfeiture
☐ Writ of Habeas Corpus—Pre-indictment
☐ Other:

**Employment**
☐ Discrimination
☐ Retaliation
☐ Termination
☐ Workers' Compensation
☐ Other Employment:

**Other Civil**
☐ Administrative Appeal
☐ Antitrust/Unfair Competition
☐ Code Violations
☐ Foreign Judgment
☐ Intellectual Property
☐ Lawyer Discipline
☐ Perpetuate Testimony
☐ Securities/Stock
☐ Tortious Interference
☐ Other:

**Tax**
☐ Tax Appraisal
☐ Tax Delinquency
☐ Other Tax

### Family Law

☐ Annulment
☐ Declare Marriage Void
*Divorce*
☐ With Children
☐ No Children

**Parent-Child Relationship**
☐ Enforce Foreign Judgment
☐ Habeas Corpus
☐ Name Change
☐ Protective Order
☐ Removal of Disabilities of Minority
☐ Other:

☐ Enforcement
☐ Modification—Custody
☐ Modification—Other

**Title IV-D**
☐ Enforcement/Modification
☐ Paternity
☐ Reciprocals (UIFSA)
☐ Support Order

☐ Adoption/Adoption with Termination
☐ Child Protection
☐ Child Support
☐ Custody or Visitation
☐ Gestational Parenting
☐ Grandparent Access
☐ Parentage/Paternity
☐ Termination of Parental Rights
☐ Other Parent-Child:

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
☐ Dependent Administration
☐ Independent Administration
☐ Other Estate Proceedings

☐ Guardianship—Adult
☐ Guardianship—Minor
☐ Mental Health
☐ Other:

## 3. Indicate procedure or remedy, if applicable

☐ Appeal from Municipal or Justice Court
☐ Arbitration-related
☐ Attachment
☐ Bill of Review
☐ Certiorari
☐ Class Action
☐ Declaratory Judgment
☐ Garnishment
☐ Interpleader
☐ Licensee
☐ Mandamus
☐ Post-judgment
☐ Prejudgment Remedy
☐ Protective Order
☐ Receiver
☐ Sequestration
☐ Temporary Restraining Order/Injunction
☐ Turnover

## 4. Indicate damages sought

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☒ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY: _____ Deputy

FEB 27 2018

El Paso County - 448th District Court

Filed 11/13/2017 12:11 PM
Norma Favela Barceleau
District Clerk
El Paso County
2017DCV2588

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS
448ᵗʰ JUDICIAL DISTRICT

JENNIFER ALONDRA MARTINEZ and §
ARACELY AGUIRRE, INDIVIUDALLY §
AND AS NEXT FRIEND OF §
JANETTE MARTINEZ, A MINOR §
§                     Cause No.2017-DCV2588
   Plaintiffs, §
§
VS. §
§
MARIA DE LOURDES SOTELO-SUAREZ §
§
   Defendant. §

## MOTION FOR SUBSTITUTE OF SERVICE OF PROCESS

TO THE HONORABLE JUDGE:

COMES NOW, Plaintiffs, Jennifer Alondra Martinez and Aracely Aguirre, Individually and As Next Friend of Janette Martinez, a minor in the above-styled and numbered cause and asks the Court to authorize substitute of service on Defendant, Maria De Lourdes Sotelo-Suarez. Defendant's usual place of abode is 1452 Pedro Figari Ave., El Paso, Texas 79936. Plaintiffs have attempted to serve Defendant on a number of occasions by personal delivery but have been unsuccessful.

Plaintiffs ask the Court to authorize Plaintiffs to serve Defendant by serving a true copy of the citation with the petition on anyone over sixteen (16) years of age at 1452 Pedro Figari Ave., El Paso, Texas 79936, the party's usual place of abode, or by attaching them to the door at the above address, in accordance with the Texas Rules of Civil Procedure.

Plaintiffs attach herein as Exhibit "A" an Affidavit to this motion to establish facts not apparent from the record and incorporates them by reference.

*[This space is intentionally left blank]*



Respectfully Submitted,

LONCAR & ASSOCIATES
5770 Gateway East
El Paso, Texas 79905
Telephone:(915) 595-4898
Fascimille:(915) 307-2855
Email: rfrazier@brianloncar.com

By: _____
Ramona Frazier
State Bar No. 24031572
*Attorney for Plaintiffs*

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____
                              Deputy

FEB 2 7 2018

# IN THE 448th JUDICIAL DISTRICT COURT
## EL PASO COUNTY, TEXAS

JENNIFER ALONDRA MARTINEZ and ARACELY
AGUIRRE, Individually and as Next Friend of
JANETTE MARTINEZ, A Minor,
    Plaintiffs,

vs.

MARIA DE LOURDES SOTELO-SUAREZ,
    Defendant.

Cause No. 2017DCV2588

### AFFIDAVIT FOR SUBSTITUTED SERVICE

My name is **Lillian C. Payan**, a process server in El Paso County, Texas. I am over the age of eighteen, am fully competent to testify to the matters stated in this affidavit, and am not interested in the outcome of this suit. Service was attempted on the above cause number and name defendant **Maria De Lourdes Sotelo-Suarez**. The attempted service method(s) used was either by (1) delivering in person or (2) by registered and/or certified mail with a return receipt requested, with a true copy of the Citation and a copy of the Plaintiffs' Original Petition & Requests for Disclosure at the defendant's Place of Abode **1452 Pedro Figari Ave. El Paso Texas 79936,** in El Paso County Texas where the defendant could probably be found. The following are the FACTS of different times and dates of the ATTEMPTED SERVICE with subsequent results:

10/26/2017: 6:44 P.M.: The Offices of At Your Service Process Service conducted a skip trace on behalf of attorney Ramona N. Frazier on Maria De Lourdes Sotelo-Suarez and found no new address for Maria De Lourdes Sotelo-Suarez.

11/07/2017: 12:58 P.M.: First attempt to deliver documents to defendant **Maria De Lourdes Sotelo-Suarez** at **1452 Pedro Figari Ave. El Paso Texas 79936,** There was no answer at residence.

11/08/2017: 8:40 A.M.: Second attempt to deliver documents to defendant **Maria De Lourdes Sotelo-Suarez** at **1452 Pedro Figari Ave. El Paso Texas 79936,** There was no answer at residence.

11/10/2017: 3:10 P.M.: Third attempt to deliver documents to defendant **Maria De Lourdes Sotelo-Suarez** at **1452 Pedro Figari Ave. El Paso Texas 79936,** I spoke with Martha and she informed me that Maria is not here but got here on the phone. I spoke with Maria and she informed me that she is out of town and did not know when she will be back to the house. I left my card with Martha and I was given Maria's phone number 011-52-656.

Service has not been successful for the facts and statements contained in this affidavit. I believe that the only manner which will reasonably be effective to give the defendant **Maria De Lourdes Sotelo-Suarez** notice of this suit is by SUBSTITUTE SERVICE by: delivering Citation and Plaintiffs' Original Petition & Requests for Disclosure to anyone over the age of sixteen (16), or by affixing to the outer gate of front door at **1452 Pedro Figari Ave. El Paso Texas 79936.**

This affidavit is true and correct to the best of my knowledge.





Lillian C. Payan
SCH#6576, Exp. 10/31/2019
At Your Service Process Service
10221 Stoneway Dr.
El Paso, Texas 79925

## VERIFICATION

**STATE OF TEXAS**
**COUNTY OF EL PASO**

**BEFORE ME, A NOTARY PUBLIC,** on this day personally appeared **Lillian C. Payan** known to me to be the person whose name is subscribed to the foregoing document and being by me first duly sworn, declared that the statements therein contained are true and correct.

Given under my hand and seal of office this 13ᵀᴴ day of November 2017.

(SEAL)

JOEL PAYAN
Notary Public, State of Texas
Comm. Expires 02-23 2020
Notary ID 124398865

Notary Public, State of Texas

**My Commission Expires**

2 / 23 / 2020



El Paso County - 448th District Court

Filed 1/23/2018 9:08 AM
Norma Favela Barceleau
District Clerk
El Paso County
2017DCV2588

## IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS
### 448th JUDICIAL DISTRICT

JENNIFER ALONDRA MARTINEZ and  §
ARACELY AGUIRRE, INDIVIUDALLY  §
AND AS NEXT FRIEND OF  §
JANETTE MARTINEZ, A MINOR  §    **Cause No.2017-DCV2588**
 §
    **Plaintiffs,**  §
 §
VS.  §
 §
MARIA DE LOURDES SOTELO-SUAREZ  §
 §
    **Defendant.**  §

## ORDER CONSIDERING PLAINTIFF'S MOTION
## FOR SUBSTITUTE OF SERVICE

On this the _____ day of _____, 2017 came on to be considered Plaintiff's Motion for

Substitute of Service or Process and the supporting Affidavits. The Court finds Plaintiff's attempts

to serve Defendant have been unsuccessful and find the substituted service request in Plaintiff's

motion will be reasonably effective to give Defendant, Maria De Lourdes Sotelo Suarez notice of

this suit.

THEREFORE, the Court GRANTS the motion and authorizes substitute of service on

Defendant by serving a true copy of the citation with the petition on anyone over sixteen (16) years of age at

1452 Pedro Figari Ave., El Paso, Texas 79936 the party's usual place of abode, or by attaching them to the

door at the above address in accordance with the Texas Rules of Civil Procedure.

SIGNED on this the __23RD__ day of __JJANUARY__ , ~~XXXX~~ 2018

_____
PRESIDING JUDGE

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____
Deputy
FED 2 7 2018

El Paso County - 448th District Court

Filed 2/16/2018 10:27 AM
Norma Favela Barceleau
District Clerk
El Paso County
2017DCV2588

IN THE 448th JUDICIAL DISTRICT COURT OF
EL PASO COUNTY, TEXAS

| | |
|---|---|
| JENNIFER ALONDRA MARTINEZ, AND § | |
| ARACELY AGUIRRE, INDIVIDUALLY § | |
| AND AS NEXT FRIEND OF JANETTE § | |
| MARTINEZ, A MINOR, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Cause No. 2017-DCV2588 |
| § | |
| MARIA DE LOURDES § | |
| SOTELO SUAREZ, § | |
| § | |
| Defendant. § | |

## DEFENDANT'S ORIGINAL ANSWER

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **MARIA DE LOURDES SOTELO SUAREZ**, the Defendant herein,
(hereinafter "Defendant") and timely files this, her Original Answer in reply to the Plaintiffs'
Original Petition, and for original answer says:

### I.

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, this Defendant, MARIA DE
LOURDES SOTELO SAUREZ, enters a General Denial Answer and places all of the matters pled
by the Plaintiffs in this case in issue, demanding strict proof of all of the Plaintiffs' allegations
made herein by a preponderance of the evidence as required by the Constitution and laws of the
State of Texas.

**WHEREFORE, PREMISES CONSIDERED,** Defendant **MARIA DE LOURDES
SOTELO SUAREZ,** prays the Court that she be allowed to go hence, without delay, and with her
costs.

15586-103/AALM/1336425

−1−

Respectfully submitted,

**MOUNCE, GREEN, MYERS,**
**SAFI, PAXSON & GALATZAN**
A Professional Corporation
P. O. Box 1977
El Paso, Texas 79950-1977
Phone No. (915) 532-2000
Fax No. (915) 541-1597
E-mail: almanzan@mgmsg.com

By: _Andy Almanzán_
    **Andrés E. Almanzán**
    State Bar No. 24001643

Attorneys for Defendant **MARIA DE LOURDES**
**SOTELO SUAREZ**

## CERTIFICATE OF SERVICE

I, **Andrés E. Almanzán**, certify on this 16th day of February, 2018, the foregoing pleading was electronically-filed with the Clerk of the Court using the electronic filing procedures action pursuant to the Court's Electronic Filing Procedures, which electronically sent notification of such filing to the following counsel of record at her respective e-mail address as follows: (rfrazier@brianloncar.com) Ramona Frazier, Esq., Loncar & Associates, 5770 Gateway East Blvd., El Paso, Texas 79905.

_Andy Almanzán_
**Andrés E. Almanzán**

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____ Deputy

-2-

FEB 2 7 2018

15586-103/AALM/1336425

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:    **MARIA DE LOURDES SOTELO SUAREZ**, who may be served with process at 1762 PEDRO **FIGARI AVENUE, EL PASO, TX 79936 or wherever he/she may be found**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition

& Requests for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty

days after the date of service of this citation before the Honorable **448th Judicial District Court,** El Paso

County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 3rd day of August, 2017 by Attorney at

Law, RAMONA N. FRAZIER, 5770 GATEWAY EAST, EL PASO, TX 79905 in this case numbered

**2017DCV2588** on the docket of said court, and styled:

**JENNIFER ALONDRA MARTINEZ and ARACELY AGUIRRE, individually and as Next Friend of JANETTE MARTINEZ, A Minor vs. MARIA DE LOURDES SOTELO-JUAREZ**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition & Requests for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 8th day of August, 2017.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest:   NORMA FAVELA BARCELEAU    District Clerk
El Paso County, Texas

By: _____ , Deputy
JoAnn Fernandez

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the

date of delivery endorsed thereon and with a copy of the petition attached thereto."
NORMA FAVELA BARCELEAU
District Clerk
BY _____
Deputy

FEB 2 7 2018

## RETURN

Came on hand on _____ day of _____, 20____, at _____ o'clock
____M., and executed in _____ County, Texas, by delivering to
each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon
the date of delivery, together with the accompanying true and correct copy of the Plaintiff's Original
Petition & Requests for Disclosure, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|------|------|-----|------|------|------|-----|-----|
|      | MONTH | DAY | YEAR | Hour | Min. | ___.M. |     |
|      |      |     |      |      |      |     |     |
|      |      |     |      |      |      |     |     |
|      |      |     |      |      |      |     |     |
|      |      |     |      |      |      |     |     |
|      |      |     |      |      |      |     |     |

And not executed as to the defendant, _____

_____

the diligence used in finding said defendant, being _____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING _____ cop _____ $ _____  _____ Sheriff

_____  _____ County, Texas

Total _____ $ _____  By _____, Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____,

_____ on the _____ day of _____,

20_____, at _____o'clock ___m. this copy of this instrument.

_____, Sheriff/Agent

_____County, Texas

By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20___.**

**(SEAL)**

_____

**NOTARY PUBLIC, STATE OF TEXAS**



*2017DXV2588*

## RETURN

Came on hand on _____ 08 _____ day of August , 20 17 , at 2:00 o'clock
P M., and executed in _____ El Paso _____ County, Texas, by delivering to
each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon
the date of delivery, together with the accompanying true and correct copy of the Plaintiff's Original
Petition & Requests for Disclosure, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
| | MONTH | DAY | YEAR | Hour | Min. | .M. | |
|---|---|---|---|---|---|---|---|
| Maria de Lourdes Sotelo - Suacez by affixing on front door a citation order + motion d Petition per signed order | 01 | 30 | 2018 | 10:19 Am | | | 1452 Pedro Sigaer Ave, El Paso, Texas 79936 |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

the diligence used in finding said defendant, being _____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ cop _____ $ _____  _____ Sheriff

_____  _____ County, Texas

Total _____ $ _____  By _____, Deputy

## CERTIFICATE OF DELIVERY
I do hereby certify that I delivered to Maria de Lourdes Sotelo - Suacez by Affixwg on front Door a citation order + motion + Petition per signed order on the 30 day of January ,
20 18 , at 10:19 o'clock A m. this copy of this instrument.

_____ SCH 3719 , Sheriff/Agent

El Paso County, Texas

By Sal Payen SR SCH 3719 , Deputy/Agent

SUBSCRIBED AND SWORN TO BEFORE ME ON THE 30TH DAY OF January , 2018

(SEAL)

NOTARY PUBLIC, STATE OF TEXAS

FILED
NORMA FAVELA BARCELEAU
DISTRICT CLERK
2018 JAN 31 PM 1:4
EL PASO COUNTY, TEX

A TRUE COPY, I CERTIFY
NORMA FAVELA BARCELEAU
District Clerk
BY _____ Deputy

FEB 27 2018

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:  **MARIA DE LOURDES SOTELO SUAREZ,** who may be served with process at **1452 PEDRO FIGARI AVENUE, EL PASO, TX 79936 or wherever he/she may be found**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition & Requests for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **448th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 3rd day of August, 2017 by Attorney at Law, RAMONA N. FRAZIER, 5770 GATEWAY EAST, EL PASO, TX 79905 in this case numbered **2017DCV2588** on the docket of said court, and styled:

**JENNIFER ALONDRA MARTINEZ and ARACELY AGUIRRE, Individually and as Next Friend of JANETTE MARTINEZ, A Minor vs. MARIA DE LOURDES SOTELO-JUAREZ**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition & Requests for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 8th day of August, 2017.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest: ___NORMA FAVELA BARCELEAU___  District Clerk
El Paso County, Texas

By: _____ , Deputy
JoAnn Fernandez

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the

date of delivery endorsed thereon and with a copy of the petition attached thereto."