IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JENNIFER ALONDRA MARTINEZ and ARACELY AGUIRRE, INDIVIDUALLY AND AS NEXT FRIEND OF J.M., A MINOR, | § § § § § | |
| Plaintiffs, | § § | EP-18-CV-69-PRM |
| v. | § § | |
| MARIA DE LOURDES SOTELO-SUAREZ, | § § § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**BE IT REMEMBERED** on this day came on to be heard and considered the above-styled and numbered case, and the Plaintiffs, **JENNIFER ALONDRA MARTINEZ and ARACELY AGUIRRE, Individually and as Next Friend of J.M., a Minor,** announced in open Court that all of their claims and all of their causes of action which were asserted and which could have been asserted against the Defendant in this case, **Maria De Lourdes Sotelo-Suarez,** have been and are fully and finally resolved and compromised, and the parties thereafter requested the Court to enter this, its Order of Dismissal with Prejudice.

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** by the Court that all of the claims and causes of action of the Plaintiff, **JENNIFER ALONDRA MARTINEZ and ARACELY AGUIRRE, Individually and as Next Friend of J.M., a Minor,** against the Defendant, **Maria De Lourdes Sotelo-Suarez,** which were asserted and which could have been asserted in the above-styled and numbered case be, and the same are hereby, Dismissed With Prejudice to the rights of said Plaintiffs to refile same or any part thereof. This Final Order disposes

1

of all claims and all causes of action against all parties in this case. All costs of court, expenses and attorneys' fees are taxed to the party incurring same. This case is now closed.

SIGNED AND ENTERED on this the ___11___ day of SEPTEMBER, 2018.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE

AGREED:

_____
DANIELA LABINOTI
Attorney for Plaintiffs Jennifer Alondra Martinez
and Aracely Aguirre, Individually and as Next Friend of J.M., a Minor

_____
ANDRES E. ALMANZAN
Attorney for Defendant Maria De Lourdes Sotelo-Suarez

<u>AGREED ORDER OF DISMISSAL WITH PREJUDICE</u>
EP-18-CV-69-PRM