IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JENNIFER ALONDRA MARTINEZ and ARACELY AGUIRRE, INDIVIDUALLY AND AS NEXT FRIEND OF J.M., A MINOR, | § § § § § | |
| Plaintiffs, | § | EP-18-CV-69-PRM |
| v. | § § | |
| MARIA DE LOURDES SOTELO-SUAREZ, | § § § | |
| Defendant. | § | |

## AGREED FINAL JUDGMENT

ON THIS, THE 11ᵀᴴ DAY OF SEPTEMBER, 2018, CAME ON TO BE HEARD, the duly-scheduled and noticed friendly suit hearing regarding the Defendant, MARIA DE LOURDES SOTELO-SUAREZ' proposed settlement with Co-Plaintiff, Aracely Aguirre, in her Individual capacity as well as in her capacity as the Mother and Next Friend of J. M., a Minor, in the above-styled and numbered case. Plaintiff, ARACELY AGUIRRE, in her capacity as the Mother/Next Friend of J. M., a Minor, appeared in person, along with her attorney of record in this case, Daniela Labinoti. The Minor Plaintiff, J. M., appeared in person, along with her Court-appointed Guardian Ad Litem, Felix Valenzuela. The Defendant, MARIA DE LOURDES SOTELO-SUAREZ, appeared by and through her attorney of record in this case, Andres E. Almanzan.

Plaintiff, Aracely Aguirre, appearing in her Individual capacity as well as in her capacity as the Mother/Next Friend of J. M. a Minor, each by and through their respective Counsel of Record and Guardian Ad Litem, having agreed to waive their respective rights to a Trial by Jury and a Bench Trial by the Court to adjudicate each of their respective claims and causes of action

against the Defendant in the above-styled and numbered case, submitted this Defendant's proposed settlement with the Plaintiff, Aracely Aguirre, in her Individual capacity as well as in her capacity as the Mother/Next Friend of J. M., a Minor, to the Court for its approval. The Court, having reviewed the pleadings in this case, having considered the evidence introduced at this hearing, including the live testimony from Aracely Aguirre and from J.M., a Minor, and the presentations by counsel, finds that:  Defendant MARIA DE LOURDES SOTELO-SUAREZ' proposed settlement with the Plaintiff, Aracely Aguirre, in her Individual capacity as well as in her capacity as the Mother/Next Friend of J. M., a Minor, for the total, aggregate sum of $50,000.00 be and is hereby approved.

Plaintiff, Aracely Aguirre, in her Individual capacity as well as in her capacity as the Mother/Next Friend of J.M., a Minor, each by and through their respective Counsel of Record and Guardian Ad Litem, also submitted to the Court for its consideration and approval, their proposed and recommended disbursement of this $50,000.00 aggregate settlement amount, taking into consideration J.M.'s medical bills/expenses owed and their attorney's fees, their court costs and litigation expenses to be paid/reimbursed to Plaintiff's counsel from this settlement.

The Plaintiffs' and Guardian Ad Litem's recommended disbursement of the aggregate, total $50,000.00 settlement amount, includes the Plaintiff's agreed and compromised payments in full and final satisfaction of all of J.M.'s outstanding medical expenses and liens resulting from the motor vehicle accident made subject of this suit, including, but not limited to any and all amounts which are owed by Aracely Aguirre and/or J.M. to El Paso First Health (Medicaid), to The Hospitals of Providence, and/or to any other healthcare provider who treated J. M. relating to the injuries she sustained from the subject motor vehicle accident.

The Plaintiffs' and Guardian Ad Litem's recommended disbursement of the aggregate,

2

total $50,000.00 settlement amount is as follows: $17,378.61 to the "Law Firm of Daniela Labinoti, P.C." for attorney's fees; $8,678.55 for J.M.'s medical expenses and liens; $3,942.84 for litigation expenses and court costs; and the remaining balance of **$20,000.00** shall be deposited into an interest-bearing account with the Registry of the Court for the use and benefit of J.M., where it shall remain until the date when J.M. shall reach the age of 18 years old, at which time said amount and interest earned thereon shall be disbursed by Clerk of the United States District Court for the Western District of Texas, El Paso Division to J.M. Attorney Felix Valenzuela, the Guardian Ad Litem for J.M., a Minor, approves of and recommends this proposed settlement and disbursement.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED, that Plaintiff, Aracely Aguirre, in her Individual capacity as well as in her capacity as the Mother/Next Friend of J. M., a Minor, should have and recover from Defendant MARIA DE LOURDES SOTELO-SUAREZ, the total, aggregate sum of $50,000.00, and that of this amount, $17,378.61 shall be disbursed to the "Law Firm of Daniela Labinoti, P.C." for attorney's fees; $8,678.55 shall be disbursed to pay for J.M.'s medical expenses and liens; $3,942.84 shall be disbursed for litigation expenses and court costs; and the remaining balance of **$20,000.00** shall be deposited into an interest-bearing account with the Registry of the Court for the use and benefit of J.M., where it shall remain until the date when J.M. shall reach the age of 18 years old, at which time said amount and interest earned thereon shall be disbursed by Clerk of the United States District Court for the Western District of Texas, El Paso Division to J.M.

**IT IS FURTHER ORDERED,** that the total sum of $ 1,722.50 be paid by Defendant MARIA DE LOURDES SOTELO-SUAREZ, to Felix Valenzuela, as the reasonable Guardian Ad Litem fee awarded in this case.

3

**WHEREUPON**, the Plaintiff, Aracely Aguirre, in her Individual capacity as well as in her capacity as the Mother/Next Friend of J. M., a Minor, each by and through their respective Counsel and Guardian Ad Litem, announced in open court that simultaneously with the entry of this Agreed Final Judgment Approving of these above-described Defendant's settlement with them, on this date Defendant tendered to them, the total sum of $50,000.00, as specified herein above. It thus appears to the Court that this Judgment has been fully paid and satisfied.

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED,** that the Clerk of this Court shall mark this Judgment "**Fully Paid and Satisfied**," and that no execution shall ever issue herein, and that this "Agreed Judgment" does not and shall not constitute an admission or finding of liability, negligence or wrongdoing against Defendant MARIA DE LOURDES SOTELO-SUAREZ, for the alleged claims and causes of action that were asserted and which could have been asserted by Plaintiff, Aracely Aguirre, in her Individual capacity as well as in her capacity as the Mother/Next Friend of J. M., a Minor, against the Defendant in this case.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant, MARIA DE LOURDES SOTELO-SUAREZ, be and is hereby released, discharged, and dismissed with prejudice from any and all liability to Plaintiff, Aracely Aguirre, Individually and as Next Friend of J.M., a Minor, and are further released, discharged, and dismissed with prejudice from any and all liability to J. M., regarding those matters caused by, arising from and relating to the subject motor vehicle accident which occurred on or about August 22, 2015, in El Paso, El Paso County, Texas, made subject of the above-referenced civil action/lawsuit, and the alleged injuries and damages sustained therefrom, as more specifically described and set forth in this instant action. This Final Judgment disposes of all causes of action of all parties in this case. This case is now closed.

All other relief not expressly granted herein is denied.

SIGNED AND ENTERED on this the ___11___ day of SEPTEMBER, 2018.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE

AGREED:

_____
DANIELA LABINOTI
Attorney for Plaintiffs Jennifer Alondra Martinez
and Aracely Aguirre, Individually and as Next Friend of J.M., a Minor

_____
ANDRES E. ALMANZAN
Attorney for Defendant Maria De Lourdes Sotelo-Suarez

_____
FELIX VALENZUELA
Guardian Ad Litem for J.M., a Minor

AGREED FINAL JUDGMENT

EP-18-CV-69-PRM